# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

|  |  |
|---|---|
| ESTINASLAO GARCIA-URDIERA,<br><br>Petitioner,<br><br>v.<br><br>J. JOHNSON, et al.,<br><br>Respondents. | Case No. 5:26-cv-01768-HDV-DFM<br><br>JUDGMENT<br><br>**JS-6** |

Considering the Joint Proposed Grant of Petition and Entry of Judgment (Dkt. 14),

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is GRANTED on the grounds that Petitioner's detention violates his due process rights. Respondents are ENJOINED from re-detaining Petitioner without immediately providing him with a pre-deprivation hearing.

Date: May 29, 2026

_____
HERNÁN D. VERA
United States District Judge